Samuel Mayers, Appellant, v. Samuel J. Bloomingdale and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements.

No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

James Fay, Respondent, v. The Herald Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.